FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*(5 U.S.C. app. §§ 101-111)*

*Rev. 1/2006*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Shubb, William B | U. S. District Court | 04/14/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Court Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 501 I Street Suite 14-210 Sacramento, CA 95814 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 10 A 9: 54 U.S. JUDICIAL FINANCIAL DISCLOSURE

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 11

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | George Mason University, Law and Economic Center | April 30 - May 6 - Fairfax, VA, Seminar, "Forging of a Nation" (Travel, Lodging, and Food) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ 0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 11

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank America (Checking) | A | Interest | J | T | | | | | |
| 3. Bank America (Maximizer) | A | Interest | J | T | | | | | |
| 4. 1st Community Credit Union | A | Interest | J | T | | | | | |
| 5. ANNUITIES | | | | | | | | | |
| 6. American Skandia | | None | M | T | | | | | |
| 7. Venture Annuity | | None | J | T | | | | | |
| 8. LIMITED PARTNERSHIPS | | | | | | | | | |
| 9. Westin Hotels | A | Dividend | | | Sale | 2-25 | J | B | |
| 10. Municipal Mortg. & Equity | B | Dividend | K | W | | | | | |
| 11. RAYMOND JAMES IRA | | | | | | | | | |
| 12. Government Strips | | None | J | T | | | | | |
| 13. Capstead Mortgage | A | Dividend | J | T | | | | | |
| 14. Heritage Cash Trust - IRA | A | Dividend | J | T | | | | | |
| 15. RAYMOND JAMES ACCOUNT #1 | | | | | | | | | |
| 16. Heritage Cash Trust Municipal | A | Dividend | J | T | | | | | |
| 17. Evergreen Strategic Muni Fund prev. known asHigh Income Muni | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 11

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month – Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin CA High Yield Muni | C | Dividend | L | T | | | | | |
| 19. Seligman CA Tax Exempt | C | Dividend | L | T | | | | | |
| 20. Van Kampen Hi Yld Muni | B | Dividend | K | T | Partial sale | 6-29 | J | A | |
| 21. RAYMOND JAMES ACCOUNT #2 | | | | | | | | | |
| 22. Heritage Cash Trust Municipal | B | Dividend | L | T | | | | | |
| 23. Alliance Muni Income Ins'd CA | B | Dividend | K | T | | | | | |
| 24. Franklin Income Fund | B | Dividend | K | T | | | | | |
| 25. Franklin Strategic Income Fund | C | Dividend | K | T | | | | | |
| 26. Highland Capital Floating Rate | B | Dividend | K | T | | | | | |
| 27. Oppenheimer Senior Fltg Rate | A | Dividend | J | T | | | | | |
| 28. Van Kampen Equity Income Fund | A | Dividend | K | T | | | | | |
| 29. TLI | B | Dividend | K | T | | | | | |
| 30. EVF | B | Dividend | K | T | | | | | |
| 31. VVR | B | Dividend | K | T | | | | | |
| 32. IRA II (Separate) | | | | | | | | | |
| 33. Equally Weighted S&P Fund | B | Dividend | K | T | | | | | |
| 34. Wachovia - JT prev known as MSDW - JOINT ACCOUNT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B=$1,001 - $2,500 | C=$2,501 - $5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank sweep acct. formerly known as Joint Money Mkt. | A | Dividend | K | T | | | | | |
| 36. Boeing | A | Dividend | K | T | | | | | |
| 37. Chevron | A | Dividend | K | T | | | | | |
| 38. Coca Cola | A | Dividend | J | T | | | | | |
| 39. General Electric | A | Dividend | K | T | | | | | |
| 40. Gillette | A | Dividend | | | Merger | 10-3 | J | C | |
| 41. Intel | A | Dividend | K | T | | | | | |
| 42. Proctor & Gamble | A | Dividend | K | T | Merger | 10-3 | J | | |
| 43. IRA █ | | | | | | | | | |
| 44. Bank Deposit Sweep prev.Money Market - Dean Witter Reynolds | A | Dividend | J | T | | | | | |
| 45. Dean Witter Dividend Growth Fund | A | Dividend | J | T | | | | | |
| 46. Apache Corp. | A | Dividend | J | T | | | | | |
| 47. Sempra Energy | A | Dividend | J | T | | | | | |
| 48. IRA/ROLLOVER of HR-10 | | | | | | | | | |
| 49. Bank Sweep acct. formerlyMoney Market - Dean Witter Reynolds | A | Dividend | L | T | | | | | |
| 50. Information Fund | A | Dividend | | | Sale | 5-11 | J | | |
| 51. Equally Weighted S&P 500 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dividend Growth Fund | A | Dividend | M | T | | | | | |
| 53. Abbot Labs | A | Dividend | J | T | Buy | 12-6 | J | | |
| 54. American Tel & Tel | A | Dividend | J | T | | | | | |
| 55. Boeing | A | Dividend | K | T | | | | | |
| 56. Bristol Meyers | A | Dividend | J | T | | | | | |
| 57. Chevron | A | Dividend | K | T | Buy | 12-6 | J | | |
| 58. Cisco | A | Dividend | J | T | | | | | |
| 59. Coca Cola | A | Dividend | K | T | | | | | |
| 60. Comcast | A | Dividend | J | T | | | | | |
| 61. Conoco | A | Dividend | J | T | | | | | |
| 62. Du Pont | A | Dividend | J | T | | | | | |
| 63. General Electric | B | Dividend | K | T | | | | | |
| 64. Gillette Co | A | Dividend | | | Sale | 2-3 | J | D | |
| 65. Hewlett Packard | A | Dividend | J | T | | | | | |
| 66. Intel | A | Dividend | K | T | | | | | |
| 67. IBM | A | Dividend | K | T | Buy | 5-10 | J | | |
| 68. Johnson & Johnson | A | Dividend | J | T | Buy | 12-6 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

# FINANCIAL DISCLOSURE REPORT
Page 8 of 11

Name of Person Reporting

Shobb, William B

Date of Report

04/14/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Lucent | A | Dividend | J | T | | | | | |
| 70. Microsoft | C | Dividend | K | T | | | | | |
| 71. Sempra Energy | A | Dividend | K | T | | | | | |
| 72. Walt Disney | A | Dividend | J | T | | | | | |
| 73. Yum Brands | A | Dividend | J | T | | | | | |
| 74. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 75. CORTS - BMY Squibb 8-1-97 | B | Dividend | K | T | Buy | 2-3 | J | | Note in Part VIII |
| 76. GE Capital Sr. Notes 2/18/33 (KNR) | B | Dividend | K | T | | | | | Note in Part VIII |
| 77. GE Capital PINES 6/28/32 (GED) | B | Dividend | K | T | | | | | Note in Part VIII |
| 78. GECC 6.1% PINES 11/15/32 (GEA) | A | Dividend | K | T | | | | | Note in Part VIII |
| 79. Georgia Power Sr. Notes 1/15/45 (GAH) | B | Dividend | K | T | Buy | 1-13 | K | | |
| 80. SATURNS GE 6% Pfd 3/15/32 | B | Dividend | K | T | | | | | Note in Part VIII |
| 81. Zero Coupon Bond 11/05 | | None | | | Redeemed | 11-15 | K | | |
| 82. Zero Coupon Bond 11/07 | | None | K | T | | | | | |
| 83. Zero Coupon Bond 11/08 | | None | K | T | | | | | |
| 84. Partners Trust Bank CD 6/9/06 | A | Interest | K | T | Buy | 12-6 | K | | |
| 85. Capital One CD 11/14/06 prev known as Capital One CD | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

Name of Person Reporting

Shubb, William B

Date of Report

04/14/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Discover CD 10/16/07 prev known as Discover CD | C | Interest | L | T | | | | | |
| 87. Discover Bank CD 11/08 | A | Interest | K | T | | | | | |
| 88. GMAC Automotive Bank CD 11/17/08 | A | Interest | K | T | Buy | 11-11 | K | | Note in Part VIII |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

Name of Person Reporting

**Shubb, William B**

Date of Report

04/14/2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes

Line 75. CORTS - BMY Squibb 8/1/97 renamed from Line 83 Bristol Meyers Pfd in 2004 report.

Line 76. GE Capital Sr. Notes 2/18/33 renamed from Line 81 GE Capital 2/18/33 in 2004 report.

Line 77. GE Capital PINES 6/28/32 renamed from Line 79 GE Capital 6/28/32 in 2004 report.

Line 78. GECC 6.1% PINES 11/15/32 renamed from Line 80 GE Capital 11/15/32 in 2004 report.

Line 80. SATURNS GE 6% Pfd 3/15/32 renamed from Line 78 SAT-GE Capital 3/15/32 in 2004 report.

Line 88. GMAC Automotive Bank CD was puchased 11-11-04 and was erroneously excluded from the 2004 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬  Date _5/5/2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544